CANNON v. CANNON

No. 515P99

Case below: 135 N.C.App. 384

Notice of appeal by plaintiff pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 3 February 2000. Petition by plaintiff pro se for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000. Justice Martin and Justice Wainwright recused.

CARPENTER v. RYAN

No. 15P00

Case below: 136 N.C.App. 789

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 March 2000.

COINER v. CALES

No. 535P99

Case below: 135 N.C.App. 343

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

CORN v. CONVERSE, INC.

No. 504P99

Case below: 135 N.C.App. 230

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

COUNTRY CLUB OF JOHNSTON COUNTY, INC. v. U. S. FIDELITY AND GUAR. CO.

No. 521P99

Case below: 135 N.C.App. 159

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000. Justice Martin recused.